UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 14-7139-VAP (PLA)                                              Date  February 9, 2015

Title:  Marcus Wade v. Linsey

---

PRESENT: THE HONORABLE     PAUL L. ABRAMS
☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                                                    NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

Pursuant to this Court's Order of December 19, 2014, plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (i.e., by January 19, 2015).  The $5.00 partial filing fee has not been received by the Court.  Accordingly, **no later than March 11, 2015, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee.  Receipt of the partial $5.00 filing fee by the Court on or before **March 11, 2015**, shall be deemed compliance with this Order to Show Cause.

cc:     Marcus Wade, Pro Se

Initials of Deputy Clerk     ch

CV-90 (10/98)                                              CIVIL  MINUTES  -  GENERAL