UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 14-7139-VAP (PLA)                               Date  February 17, 2015

Title:  Marcus Wade v. Linsey

---

PRESENT:  THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**     (IN CHAMBERS)

Pursuant to this Court's Order of January 23, 2015, plaintiff was ordered to serve and file with the Court a Notice of Current Address no later than February 5, 2015.  The Notice of Current Address has not been received by the Court.  Accordingly, **no later than March 17, 2015, plaintiff is ordered to show cause** why this case should not be dismissed for failure to follow court orders.  Filing of plaintiff's Notice of Current Address on or before **March 17, 2015**, shall be deemed compliance with this Order to Show Cause.

cc:     Marcus Wade, Pro Se

Initials of Deputy Clerk____ch____