UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 14-7139-VAP (PLA)                                        Date July 24, 2015

Title:  Marcus Wade v. Linsey

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:
             NONE                                                                    NONE

**PROCEEDINGS:**       (IN CHAMBERS)

Pursuant to this Court's Order of December 19, 2014, plaintiff was ordered to pay an initial partial filing fee of $5.00. On March 31, 2015, the Court extended, for the second time, the due date of the initial partial filing fee to no later than June 30, 2015. The $5.00 partial filing fee has not been received by the Court. Accordingly, **no later than August 25, 2015, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $5.00 filing fee by the Court on or before **August 25, 2015**, shall be deemed compliance with this Order to Show Cause.

cc:     Marcus Wade, Pro Se
        Cassandra Jean Shryock, CAAG

Initials of Deputy Clerk      ch

CV-90 (10/98)                                CIVIL  MINUTES  -  GENERAL