UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARCUS WADE, | ) | No. CV 14-7139-VAP (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| B. LINDSEY, | ) | |
| Defendant. | ) | |

Pursuant to the order accepting findings, conclusions and recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed.

DATED: February 24, 2016

/s/ Virginia A. Phillips

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE